# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

MIKE GELLER AND MIKE YARBROUGH
AS TRUSTEES OF THE INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL 302 HEALTH AND
WELFARE AND PENSION TRUST FUNDS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

CALIFORNIA ELECTRIC, INC.,
a California Corporation,

**C08 00353**

**RMW**
**RS**

TO: CALIFORNIA ELECTRIC, INC.,
a California Corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, California 95112
(408) 277-0648

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                   JAN 1 8 2008
CLERK                                                DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served: ..................................................
........................................................................................................

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
    Name of person with whom the summons and complaint were left

☐     Returned unexecuted:

☐     Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                                                                Signature of Server

                                                                                _____
                                                                                Address of Server

(1)  As to who may serve a summons see Rl        f the Federal Rules of Civil Procedure.

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

SUE CAMPBELL, ESQ.
LAW OFFICES OF SUE CAMPBELL
1155 N. FIRST STREET. SUITE 101
SAN JOSE. CA 95112
Telephone: (408) 277-0648

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| MIKE GELLER, ET AL. | CASE NUMBER |
|---|---|
| Plaintiff. | C08 00353 RMW RS |
| CALIFORNIA ELECTRIC, INC. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE: PRETRIAL PREPARATION; DISTRICT COURT GUIDELINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 40; GENERAL ORDER NO. 45; GENERAL ORDER NO. 53; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; ORDER OF THE CHIEF JUDGE

in the within action by personally delivering true copies thereof to the person served as follows:

    Served             : CALIFORNIA ELECTRIC, INC., A CALIFORNIA CORPORATION

    By Serving       :Ann Vance, Person In Charge / Authorized To Accept
                          Service Of Process

    Address           : ( Business ) CALIFORNIA ELECTRIC, INC.

                          3015 Adeline Street
                          Oakland. Ca 94608
    Date of Service : March 7, 2008

    Time of Service : 3:52PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: March 7, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1170

Signature: _____
                     JASON SMITH

SUE CAMPBELL, ESQ.
LAW OFFICES OF SUE CAMPBELL
1155 N. FIRST STREET, SUITE 101
SAN JOSE, CA 95112
Telephone: (408) 277-0648
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff : MIKE GELLER, ET AL.
Defendant : CALIFORNIA ELECTRIC, INC.

Ref # 20881139      **DECLARATION OF MAILING**      Case No. C08 00353 RMW RS

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE: PRETRIAL PREPARATION; DISTRICT COURT GUIDELINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 40; GENERAL ORDER NO. 45; GENERAL ORDER NO. 53; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; ORDER OF THE CHIEF JUDGE

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Jose, California, addressed as follows:

CALIFORNIA ELECTRIC, INC., A CALIFORNIA CORPORATION

( Business ) CALIFORNIA ELECTRIC, INC.
3015 Adeline Street
Oakland, Ca 94608

Date of mailing: March 7, 2008

Person serving:
ROBINA ALVES

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.:1029
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 7, 2008                    Signature: *Robina Alves*