SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA ELECTRIC, INC., a California Corporation,<br><br>Defendants. | CASE NO.:   C08 00353 RMW RS<br><br>REQUEST FOR DISMISSAL OF ENTIRE ACTION |

Comes now the Plaintiffs MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS in the above-entitled action and hereby dismiss the entire action without prejudice as to every party.

No answer has been filed in this matter. The defendant has paid all monies requested in the complaint for July 2007 through December 2007. This dismissal specifically does not waive the right of the Trust Funds to audit the employer for the above time period, or any other time period, and to collect any additional monies found to be delinquent as a result of an audit through a subsequent legal action.

Dated: April 21, 2008

_____
SUE CAMPBELL
Attorney for Plaintiffs

1

REQUEST FOR DISMISSAL OF ENTIRE ACTION

## PROOF OF SERVICE BY MAIL

I, the undersigned, say:

That I am now and at all times herein mentioned a citizen of the United States, over the age of eighteen years, a resident of Santa Clara County, California, and not a party to the within action or cause; that my business address is 1155 North First Street, Suite 101, San Jose, California; that I served a copy of the attached REQUEST FOR DISMISSAL OF ENTIRE ACTION by placing said copy in an envelope addressed to

CALIFORNIA ELECTRIC, INC.,
a California Electric
3015 Adeline Street
Oakland, CA 94608

which envelope was then sealed and, with postage fully prepaid thereon, was on April 24, 2008, deposited in the United States mail at San Jose, California; that there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2008, at San Jose, California.

_____
CHRISTINE DELGADILLO

2

REQUEST FOR DISMISSAL OF ENTIRE ACTION