**United States District Court**
For the Northern District of California

1

2

3

4                                                    **E-FILED on**    4/29/08

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10

11  MIKE GELLER and MIKE YARBROUGH AS        No. C-08-00353 RMW
    TRUSTEES OF THE INTERNATIONAL
12  BROTHERHOOD OF ELECTRICAL
    WORKERS LOCAL 302 HEALTH AND
13  WELFARE AND PENSION TRUST FUNDS,         ORDER DISMISSING CASE

14               Plaintiffs,

15          v.

16  CALIFORNIA ELECTRIC, INC.,

17               Defendant.

18

19          On April 29, 2008, plaintiffs filed a motion to dismiss the action without prejudice, stating

20  that defendant has paid all monies requested in the complaint through December 2007.

21          Pursuant to plaintiffs' motion, the court dismisses the complaint without prejudice.  The clerk

22  shall close the file.

23

24  DATED:        4/29/08                        _Ronald M Whyte_____
                                                 RONALD M. WHYTE
25                                               United States District Judge

26

27

28

ORDER DISMISSING CASE—No. C-08-00353 RMW
MAG

**United States District Court**
For the Northern District of California

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Sue Campbell                    suecampbell@att.net

4  **Counsel for Defendants:**

5  No appearance

6

7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8

9

10  **Dated:**    4/29/08                                /s/ MAG
                                                **Chambers of Judge Whyte**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING CASE—No. C-08-00353 RMW
MAG                                        2